# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CAITLIN O'CONNOR, et al., | |
| Plaintiff, | Case No. C23-0954-SKV |
| v. | MINUTE ORDER |
| 206-LLC, d/b/a SUGARS, | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

The complaint in this matter was filed on June 27, 2023. Dkt. 1. The record reflects that Defendant 206-LLC d/b/a Sugars was served on July 12, 2023. From the Court's review of the docket, Defendant has not made an appearance nor filed an answer. It is ORDERED that Plaintiff shall file a motion for default against Defendant 206-LLC d/b/a Sugars no later than **September 18, 2023**, or show cause by that date why entry of default is not appropriate at this time.

/ / /

/ / /

MINUTE ORDER - 1

Should there be no response to this Order, this matter will be dismissed without prejudice for failure to prosecute.

Dated this 28th day of August, 2023.

<u>Ravi Subramanian</u>
Clerk of Court

By: <u>s/ Stefanie Prather</u>
Deputy Clerk

MINUTE ORDER - 2