UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAITLIN O'CONNOR, et al.,<br><br>                    Plaintiff,<br><br>    v.<br><br>206-LLC, d/b/a SUGARS,<br><br>                    Defendant. | Case No. C23-0954-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

On October 3, 2023, Plaintiff filed a motion for default judgment. Dkt. 11. Before the Court can consider the motion, Plaintiff must first obtain an entry of default from the clerk's office. LCR 55(b)(1). Plaintiff is therefore instructed to file a motion for entry of default and supporting affidavit in accordance with LCR 55(a). Plaintiff's motion for default judgment, Dkt. 11, is stricken. Plaintiff may refile the motion once default is entered.

Dated this 5th day of October, 2023.

                                                        Ravi Subramanian
                                                        Clerk of Court

                                                        By: s/ Stefanie Prather
                                                            Deputy Clerk

MINUTE ORDER - 1