# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAITLIN O'CONNOR, CORA SKINNER, DENISE
TRLICA A/K/A DENISE MILANI, ERICA GRISBY,
JAIME EDMONDSON LONGORIA, LUCY PINDER,
AND SANDRA VALENCIA,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

Case No. C23-954 RSM

v.

206- LLC, d/b/a SUGARS,

Defendant.

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiffs' Motion for Reconsideration, Dkt. #18, is GRANTED IN PART. Defendant is permanently enjoined from using any images from Plaintiffs in their advertising, including without limitation those images annexed to the Complaint. Plaintiffs, jointly and severally, shall have judgment against Defendant, for the sum of $95,000 in damages for the conduct alleged in this case.

Plaintiffs' Motion for Attorney Fees and Costs, Dkt. #24, is GRANTED IN PART. Defendant must pay Plaintiffs $19,602 in fees and $5,537.75 in expenses and costs, a total of $25,139.75.

DATED this 3rd day of April, 2024.

RAVI SUBRAMANIAN
Clerk

s/SERGE BODNARCHUK
Deputy Clerk